# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 227 EAL 2014
:
                Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
         v. :
:
:
:
JOHN MCLAUGHLIN, :
:
                Petitioner :

## ORDER

**PER CURIAM**

     **AND NOW**, this 9th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.